UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES E. SHELTON, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>HEAVY FLUCE INC., D/B/A FLUCE Al,<br><br>*Defendant.* | Case No.: 1:24-cv-01429-KAM-JAM |

## MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that upon the accompanying Affidavit of Danielle C. Zolot, and upon all prior proceedings herein, pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Eastern District of New York and Rule 1.16(b)(3) of the New York Rules of Professional Conduct ("NYRPC"), Davis+Gilbert LLP ("D+G") will move this Court before the Honorable Joseph A. Marutollo, United States Magistrate Judge for the Eastern District of New York, at 225 Cadman Plaza East, Courtroom N324, Brooklyn, New York 11201, on a date and time to be set by the Court to withdraw as counsel of record for Defendant Heavy Fluce Inc., d/b/a Fluce AI ("Fluce AI" or "Defendant") in the this action.

Under Rule 1.4 off the Local Rules of the United States District Court for the Eastern District of New York, an attorney of record may withdraw as counsel for good cause shown. Fluce AI's indication that it does not desire that D+G represent it and other professional considerations, rising to the level of good cause, necessitate that D+G withdraw as counsel for Defendant. Further, given the nascent stage of litigation—the parties have not yet appeared at an initial conference or engaged in discovery—D+G's withdrawal as counsel will not cause prejudice to Fluce AI or to

1

Plaintiff. Nor will D+G's withdrawal cause harm to the administration of justice, or delay the resolution of the case.

Fluce AI is aware of and does not object to this motion.

D+G is not asserting a retaining or charging lien.

Accordingly, D+G hereby requests that this Court (1) stay all deadlines as to Fluce AI until this Court rules on this motion; and (2) allow D+G to immediately withdraw as counsel for Fluce AI in this action.

Dated: April 17, 2024                    DAVIS+GILBERT LLP

*/s/ Danielle C. Zolot*
Danielle C. Zolot
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Email: dzolot@dglaw.com