UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JAMES E. SHELTON

          Plaintiff(s),

v.

HEAVY FLUCE INC

          Defendant(s).

---

1:24-cv-01429-KAM-JAM

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, ANDREW ROMAN PERRONG, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of PERRONG LAW LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of PENNSYLVANIA.
4. There are no pending disciplinary proceedings against me in any state or federal court  True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 333687
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:24-cv-01429-KAM-JAM for Plaintiff JAMES E. SHELTON.

Date 4/19/24
Glenside, PA

Signature of Movant
Firm Name PERRONG LAW LLC
Address 2657 MOUNT CARMEL AVENUE
GLENSIDE, PA 19038
Email A@PERRONGLAW.COM
Phone 215-225-5529

**NOTARIZED**

Commonwealth of Pennsylvania - Notary Seal
GANNA OLIINYK - Notary Public
Bucks County
My Commission Expires October 7, 2026
Commission Number 1427374

NOTARY ACKNOWLEDGMENT

Commonwealth of Pennsylvania } ss
County of ___Bucks___

This record was acknowledged before me on __4/19/2024__ (date) by

__Andrew Roman Perrong__ (name(s) of individual(s))

_____
Notary Public
My commission expires _____

Commonwealth of Pennsylvania - Notary Seal
GANNA OLIINYK - Notary Public
Bucks County
My Commission Expires October 7, 2026
Commission Number 1427374