

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Andrew Roman Perrong, Esq.*

**DATE OF ADMISSION**

*October 10, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: April 15, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk