**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | : | Civil File No. 1:24-cv-01429-KAM-JAM |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | **COMPLAINT – CLASS ACTION** |
| v. | : | |
| | : | |
| HEAVY FLUCE INC., D/B/A FLUCE AI | : | |
| | : | |
| Defendant. | : | |
| | : | |

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this April 19, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong (*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

April 19, 2024

*/s/ Andrew Roman Perrong*