UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JAMES E. SHELTON, on behalf of himself and all others similarly situated,

*Plaintiff,*

v.

HEAVY FLUCE INC., D/B/A FLUCE AI,

*Defendant.*

Case No.: 1:24-cv-01429-KAM-JAM

**AFFIDAVIT OF SERVICE BY MAIL**

---

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Bobby Thomas, being duly sworn, deposes and says:

1. That deponent is over eighteen years of age, not a party to the action and employed by Davis+Gilbert LLP.

2. That on the 22nd day of April, 2024, deponent served true and correct copies of (1) the Court's Order dated April 19, 2024; and (2) the Civil Docket Sheet in the above-captioned action, by *first-class mail* by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York upon:

**Heavy Fluce Inc. d/b/a Fluce AI**
**c/o Ralph Cohen**
1923 McDonald Avenue #58
Brooklyn, New York 11223

_____
Bobby Thomas

Sworn to before me this
22nd day of April, 2024

_____
Notary Public

CHRISTY LINDNER
Notary Public, State of New York
No. 01LI6351620
Qualified in New York County
Commission Expires Dec. 5, 2024