UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES E. SHELTON, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>HEAVY FLUCE INC., D/B/A FLUCE AI,<br><br>*Defendant.* | Case No.: 1:24-cv-01429-KAM-JAM<br><br>**AFFIDAVIT OF SERVICE BY MAIL** |

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF NEW YORK )

Barry Daivon, being duly sworn, deposes and says:

1. That deponent is over eighteen years of age, not a party to the action and employed by Davis+Gilbert LLP.

2. That on the 24th day of April, 2024, deponent served true and correct copies of (1) the Court's Order dated April 23, 2024; and (2) the Civil Docket Sheet in the above-captioned action, by *first-class mail* by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York upon:

**Heavy Fluce Inc. d/b/a Fluce AI**
**c/o Ralph Cohen**
1923 McDonald Avenue #58
Brooklyn, New York 11223

_____
Barry Daivon

Sworn to before me this
24th day of April, 2024

_____
Notary Public