# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | : <br> : Civil File No. 1:24-cv-01429-KAM-JAM <br> : |
| Plaintiff, | : <br> : |
| v. | : **COMPLAINT – CLASS ACTION** <br> : <br> : |
| HEAVY FLUCE INC., D/B/A FLUCE AI | : <br> : |
| Defendant. | : <br> : |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the Court's Minute Order of May 3, 2024 upon Ralph Cohen via email at ralcoh@icloud.com on May 3, 2024, as well as mailed copies of the Minute Order to Ralph Cohen at the following addresses the same day:

Ralph Cohen
1923 McDonald Avenue, #58
Brooklyn, NY 11223[1]

Ralph Cohen
1845 E. 4th St.
Brooklyn, NY 11223

I further certify that I served a copy of the transcript of the Court's hearing of May 3, 2024 upon Ralph Cohen via email at ralcoh@icloud.com on May 7, 2024, as well as mailed copies of the transcript to Ralph Cohen at the following addresses the same day:

---

[1] Counsel for Plaintiff notes that this supposed "address" is actually a Commercial Mail Receiving Agency named Postman Joe 11223, which offers mailboxes for rent.

Ralph Cohen
1923 McDonald Avenue, #58
Brooklyn, NY 11223

Ralph Cohen
1845 E. 4th St.
Brooklyn, NY 11223


RESPECTFULLY SUBMITTED AND DATED this May 7, 2024.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong (*Pro Hac Vice*)
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com
>
>
> *Attorney for Plaintiff*