## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | : <br> : Civil File No. <br> : <br> : 1:24-cv-01429-KAM-JAM <br> : <br> : **RIDER TO SUMMONS** |
| Plaintiff, | |
| v. | |
| HEAVY FLUCE INC., D/B/A FLUCE AI | |
| and | |
| RALPH COHEN | |
| Defendants. | |

**Defendants for summons:**

HEAVY FLUCE INC., D/B/A FLUCE AI
1854 E. 4TH ST.
BROOKLYN, NY 11223

AND

RALPH COHEN
1854 E. 4TH ST.
BROOKLYN, NY 11223