**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | : <br> : Civil File No. 1:24-cv-01429-KAM-JAM <br> : |
| Plaintiff, | : <br> : |
| v. | : **COMPLAINT – CLASS ACTION** <br> : |
| HEAVY FLUCE INC., D/B/A FLUCE AI | : <br> : |
| Defendant. | : <br> : |

Kindly enter my appearance as attorney for Defendants in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this May 22, 2024.

> */s/ Courtney K. Davy*
> *Courtney K. Davy*
> *Law Office of Courtney K. Davy*
> 299 Broadway, Suite 1700
> New York, NY 10007
> Phone: 212-786-2331
> Cell: 516-850-1800
> courtneydavy.esq@gmail.com
> *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

May 22, 2024

> */s/ Courtney K. Davy*